DOREEN HARRIS, Appellant, v DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT et al., Defendants, and NAPCO HOLDING LLC, Respondent.

Submitted March 22, 2010; decided May 6, 2010

Motion for leave to appeal dismissed upon the ground that

the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5602).